1   LISA I. CARTEEN, Bar No. 204764
    BAKER & HOSTETLER LLP
2   12100 Wilshire Boulevard, 15th Floor
    Los Angeles, California  90025-7120
3   Telephone:  310.820.8800
    Facsimile:   310.820.8859
4   Email:      LCarteen@bakerlaw.com

5   William C. Bergmann (*pro hac vice*)
    BAKER & HOSTETLER LLP
6   Washington Square, Suite 1100
    1050 Connecticut Avenue, N.W.
7   Washington, D.C.  20036
    Telephone:  (202) 861-1500
8   Facsimile:   (202) 861-1783
    Email       wbergmann@bakerlaw.com

Attorneys for Plaintiff and Counterdefendant
AVTECH CORP.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| AVTECH CORP., | Case No.  2:10-cv-02405-VBF-FFM |
| Plaintiff and Counterdefendant, | **AVTECH CORPORATION'S ANSWER TO COUNTERCLAIMS OF DAY-RAY PRODUCTS, INC.** |
| v. | |
| DAY-RAY PRODUCTS, INC., | |
| Defendant and Counterclaimant. | |

## ANSWER TO COUNTERCLAIMS

Plaintiff/Counterdefendant Avtech Corporation ("Avtech"), hereby answers the Counterclaims of Defendant/Counterclaimant Day-Ray Products, Inc. ("Day-Ray") as follows:

1.    Avtech lacks information on which to form a belief with respect to the truth or accuracy of the allegations in this paragraph and therefore denies the same.

2.    Admitted.

3.    Admitted that jurisdiction of this Court is based upon 28 U.S.C. §§ 1331, 1338(a) and 2201.

4.    Admitted that this Court has personal jurisdiction over Avtech.

5.    Admitted that venue of this Court is proper.

6.    Admitted.

**COUNT ONE**

7.    Avtech responds to, repeats, and incorporates by reference the preceding paragraphs of this Answer.

8.    Admitted that a judiciable controversy exists between the parties because of Day-Ray's willful infringement of the patent-in-suit during the term of the patent-in-suit.

9.    Denied.

10.    Denied.

11.    Admitted that a judicial determination is necessary and appropriate at this time regarding Day-Ray's willful infringement of the patent-in-suit.

12.    Denied.

13.    Denied that an award of Day-Ray's attorneys' fees against Avtech is warranted.

**COUNT TWO**

14.    Avtech responds to, repeats, and incorporates by reference the preceding paragraphs of this Answer.

15.    Admitted that a judiciable controversy exists between the parties regarding Day-Ray's allegation that the patent-in-suit was invalid.

16.    Denied.

17.    Denied.

2:10-cv-02405-VBF-FFM

AVTECH CORPORATION'S ANSWER TO COUNTERCLAIMS OF DAY-RAY PRODUCTS, INC.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1   18.   Denied.

2   19.   Denied.

3   20.   Denied.

4   21.   Denied.

5   22.   Admitted that a judicial determination is necessary and appropriate at this time affirming the validity of the patent-in-suit.

7   23.   Denied.

8   24.   Denied that an award of Day-Ray's attorneys' fees against Avtech is warranted.

## PRAYER FOR RELIEF

Avtech denies that Day-Ray is entitled to relief requested in paragraphs 1 through 6 of Day-Ray's prayer for relief in its Counterclaims or to any other relief.

Dated:  May 18, 2010          Respectfully submitted,

/s/ Lisa I. Carteen
Lisa I. Carteen, Bar No. 204764
BAKER HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California  90025-7120
Telephone:   310.820.8800
Facsimile:    310.820.8859
Email: lcarteen@bakerlaw.com

William C. Bergmann *(pro hac vice)*
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
Telephone:   (202) 861-1500
Facsimile:    (202) 861-1783
Email: wbergmann@bakerlaw.com

Attorneys for Plaintiff and Counterdefendant AVTECH CORP.

03406599

2:10-cv-02405-VBF-FFM

AVTECH CORPORATION'S ANSWER TO COUNTERCLAIMS OF DAY-RAY PRODUCTS, INC.